71,041-04,05,06
11-23-2015

Elton Parnell # 764704
Bill Clements unit 960 Spur 591
Amarillo TX 79107

Dear Clerk I need to

Know if my HeBeas Corpus

has Been DIS MISS

RECEIVED IN
COURT OF CRIMINAL APPEALS

Yes or NO

NOV 30 2015

Thank for you Time in Help

Abel Acosta, Clerk

in This matter

Elton Parnell